# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **DONIECE CREIGHTON** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:19-CV-268 |
| | § | |
| **ALDI (TEXAS) LLC** | § | |
| *Defendant.* | § | |

## DEFENDANT'S FIRST AMENDED EXHIBIT LIST

| Judge Jeremy D. Kernodle | PLAINTIFF'S ATTORNEY:<br>Frank Weedon<br>Randall C. Roberts | DEFENDANT'S ATTORNEY:<br>David Sargent<br>Ross Miracle |
|---|---|---|
| TRIAL DATE(S):<br>December 7, 2020 | COURT REPORTER:<br>Shea Sloan | COURTROOM DEPUTY:<br>Emma Farris |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) |
|---|---|---|---|
| 1. | | | Aldi, Inc. Incident Investigation Report – ALDI 000025 |
| 2. | | | Aldi, Inc. Customer Incident Report – ALDI 000001-000002 |
| 3. | | | Plaintiff's Medical Records – CREIGHTON 000003-000088 |
| 4. | | | Plaintiff's Billing Record – Texas Spine and Joint Hospital – CREIGHTON 000091 |
| 5. | | | Plaintiff's Billing Record – Precision Spine Care – CREIGHTON 000102 |
| 6. | | | Plaintiff's Billing Records – Texas Spine and Joint Hospital – CREIGHTON 000110-000114 |
| 7. | | | Plaintiff's Billing Record – Texas Radiology Associates – CREIGHTON 000115 |
| 8. | | | Plaintiff's Medical Records – Open Imaging of Longview – CREIGHTON 000116-000117 |
| 9. | | | Plaintiff's Medical Records – CREIGHTON 000120-000452 |
| 10. | | | Plaintiff's Medical Records – CREIGHTON 000458-000560 |
| 11. | | | Plaintiff's Medical Records – Precision Spine Care – CREIGHTON 000738-000749 |
| 12. | | | Plaintiff's Medical Records – Precision Spine Care – |

|     |     |     |                                                                                   |
| --- | --- | --- | --------------------------------------------------------------------------------- |
|     |     |     | CREIGHTON 000759-000780                                                           |
| 13. |     |     | Plaintiff's Medical Records – Baylor Scott & White – CREIGHTON 000790-000939      |
| 14. |     |     | Curriculum Vitae of Dr. John Obermiller                                           |
| 15. |     |     | Dr. John Obermiller's Expert Report                                               |
| 16. |     |     | Curriculum Vitae of Paul "Marcus" Murphy                                          |
| 17. |     |     | Paul "Marcus" Murphy's Expert Report                                              |

Defendant reserves the right to offer exhibits listed by Plaintiff.

Respectfully submitted,

**SARGENT LAW, P.C.**

By: /s/ *Ross C. Miracle*
**DAVID L. SARGENT**
State Bar No. 17648700
david.sargent@sargentlawtx.com
**ROSS C. MIRACLE**
State Bar No. 24070283
ross.miracle@sargetlawtx.com

1717 Main Street, Suite 4750
Dallas, Texas 75201-7346
(214) 749-6516 (direct – David Sargent)
(214) 749-6316 (fax – David Sargent)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 16th day of November 2020, a true and correct copy of the foregoing document was forwarded to counsel for Plaintiff as indicated below:

**Via E-Mail**
Frank Weedon
Randell Roberts
ROBERTS & ROBERTS
118 West Fourth Street
Tyler, Texas 75701
frank@robertslawfirm.com

/s/ *Ross C. Miracle*
**ROSS C. MIRACLE**